## Gentzel Corporation Appeal.

Argued November 22, 1968. Before BELL, C. J., JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Louis F. Floge,* with him *Charles C. Brown, Jr., Roy Wilkinson, Jr.,* and *Love & Wilkinson,* and *Schnader, Harrison, Segal & Lewis,* for appellant.

*George F. Baer Appel,* with him *Robert K. Kistler, David A. Franklin,* and *Miller, Kistler, Lee and Campbell,* and *Townsend, Elliott & Munson,* for appellees.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.

Mr. Justice ROBERTS took no part in the consideration or decision of this case.